**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ISAAC A. POTTER, JR. AND SAMUEL POTTER,**

          **Plaintiffs,**

-vs-                                                  **Case No.  6:05-cv-868-Orl-28DAB**

**CARTOON NETWORK,**

          **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the Court's review of the file. On June 20, 2005, the Court denied Plaintiff's motion to proceed *in forma pauperis* as the Complaint set forth no cognizable claim within the limited jurisdiction of this Court, and gave Plaintiff 11 days to file an Amended Complaint (Doc. No. 3). The Order cautioned that "[i]f Plaintiff does not file an Amended Complaint, the Court will recommend dismissal of the action for failure to state a claim within the Court's jurisdiction." To date, no such paper has been filed.[1] It is therefore **respectfully recommended** that the Court dismiss the action on the stated grounds, as more fully set forth in the June 20 Order.

---

[1] In a related matter, Case No. 6:05cv866-31DAB, *Potter v. Toei Animation Co., Ltd. and Masami Kurumada*, Plaintiff asserts that he wishes to consolidate the numerous actions he has filed in this Court, and refers to an Amended Complaint filed in Case No. 6:05cv873-22KRS. *See* Doc. No. 7 filed in the 05cv966 case. As the cases have not been consolidated, Plaintiff's filing of an Amended Complaint in a separate case (which is itself the subject of a Report and recommendation that it be dismissed) does not alter the recommendation of this Court as to the instant Complaint.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 21, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy