UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISAAC A. POTTER, JR. AND SAMUEL POTTER,

    Plaintiffs,

-vs-                                                Case No. 6:05-cv-868-Orl-28DAB

CARTOON NETWORK,

    Defendant.

---

## ORDER

This case is before the Court on the Court's review of the file. The United States Magistrate Judge has submitted a report recommending that the action be dismissed for failure to comply with the Court's June 20, 2005 Order (Doc. No. 3) allowing Plaintiff to file an Amended Complaint within eleven days form the date of the Order.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 21, 2005 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED without prejudice**. The Clerk of Court is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of August, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party